**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

HEYWOOD BECKER, TRUSTEE OF : No. 698 MAL 2016
HANOVERIAN TRUST AND :
HANOVERIAN TRUST, :
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
v. :
:
:
ZONING HEARING BOARD OF :
STRABAN TOWNSHIP :
:
:
:
PETITION OF: HEYWOOD BECKER :
AND HANOVERIAN TRUST :

<u>**ORDER**</u>

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2017, the Petition for Allowance of Appeal is

**DENIED**.